**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000166**
**28-JAN-2013**
**09:41 AM**

NO. CAAP-11-0000166


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


KARPELES MANUSCRIPT LIBRARY, Plaintiff-Appellee, v.
STELLA FAYE DUARTE; MORYLEE FERNANDEZ, and JOHN and
MARY DOES 1-10, Defendants-Appellants


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 09-1-0232)


ORDER GRANTING APPELLANTS' MOTION FOR PUBLICATION
OF THE COURT'S DECEMBER 20, 2012 MEMORANDUM OPINION
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of "Appellants' Motion for Publication of the Court's December 20, 2012 Memorandum Opinion" (Motion) filed on December 21, 2012, and no opposition being filed,

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that (1) the Memorandum Opinion of this court entered on December 20, 2012 is withdrawn and vacated; and (2) Minute Order No. 12-73, entered on December 7,

2012, is continued in effect.  A new opinion will be issued shortly.

DATED: Honolulu, Hawai'i, January 28, 2013.

Gary Victor Dubin and
Frederick J. Arensmeyer
for Defendants-Appellants on
the motion.

Presiding Judge

Associate Judge

Associate Judge